ALBANY, SCHOHARIE AND RENSSELAERVILLE PLANK ROAD COMPANY, Respondent, *v.* WHITEHEAD BROTHERS COMPANY, Appellant.

*Albany, Schoharie & Rensselaerville P. R. Co.* v. *Whitehead Brothers Company*, 136 App. Div. 902, affirmed.
(Argued December 13, 1911; decided January 9, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 31, 1909, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover from the defendant for the use of plaintiff's toll road.

*Andrew J. Nellis* for appellant.

*Eugene D. Flanigan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.